OPINION — AG — **** SALARIES OF CERTAIN ASSISTANT DISTRICT ATTORNEYS **** ASSISTANT DISTRICT ATTORNEYS IN DISTRICTS 1, 10, 13, 16, 18, 19, 25, AND 26 SHALL BE PAID NOT MORE THAN NINETY PERCENT OF THE LAWFUL ACTUALLY PAID TO THE DISTRICT ATTORNEY, WHICH IS $14,500.00 PER ANNUM. CITE: ARTICLE XXIII, SECTION 10, 19 O.S. 1971 Supp., 215.15 [19-215.15], OPINION NO. 72-209 (MICHAEL CAUTHRON)